■ CITY OF NEW YORK v HOLLANDER. — Motion, insofar as it seeks reargument, granted, and upon reargument, the penultimate sentence of this court's memorandum decision entered on March 5, 1985 (109 AD2d 603, 604) amended to read as follows: "There was a requirement that Eugene make restitution of $1,000,000 in connection with his plea of guilty and being placed on probation as a result of charges in the nursing home scandal, which amount has been paid." The motion is otherwise denied. Concur — Murphy, P. J., Kupferman, Ross and Fein, JJ.